UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE LEWIS, | Case No. CV 23-2583-KK-PDx |
| Plaintiff, | |
| v. | JUDGMENT |
| ADP TECHNOLOGY SERVICES, INC., ET AL., | |
| Defendant(s). | |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant ADP Technology Services, Inc. and this action is dismissed with prejudice.

Dated: January 31, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge